WATERBORO BOX & MILLING COMPANY

*vs.*

BOSTON AND MAINE RAILROAD COMPANY.

York County.   Decided June 3, 1914.   This action is to recover damages for the loss by fire of plaintiff's box mill and lumber in and about the outside of said mill.   The fire is alleged to have been communicated to the mill and lumber by sparks from the locomotive engine of the defendant.   Case tried at May Term, 1913, and verdict rendered for the plaintiff.   Motion by defendant for new trial. Motion overruled.   *Cleaves, Waterhouse & Emery,* for plaintiff. *George C. Yeaton,* for defendant.